FILED
JAN 10 2006
U.S. COURT OF FEDERAL CLAIMS

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

RUSSIAN RECOVERY FUND LIMITED,
RUSSIAN RECOVERY ADVISORS, L.L.C.,
Tax Matters Partner,

Complainant,

vs.

THE UNITED STATES,

Respondent.

Case No. 06-31 T

**NOTICE OF DIRECTLY RELATED CASES**

Pursuant to Rule 40.2(a) of the Rules of the United State Court of Federal Claims, Russian Recovery Advisors, L.L.C., files this Notice of Directly Related Cases, and in support thereof states the following:

1. On January 10, 2006, Russian Recovery Advisors, L.L.C. ("Russian Advisors") filed a Complaint for Readjustment of Partnership Items as the Tax Matters Partner for Russian Recovery Fund Limited ("RRF") for the tax year ended December 31, 2000.

2. Also on January 10, 2006, Russian Advisors filed a directly related action, a second Complaint for Readjustment of Partnership Items as the Tax Matters Partner for Russian Recovery Fund Limited for the tax year ended December 31, 2001. The name of this directly related case is Russian Recovery Fund Limited, Russian Recovery Advisors, L.L.C., Tax Matters Partner vs. The United States, and its docket number is 06-30T.

3. Both cases involve the same parties and are based on the same or similar claims, insofar as both cases relate to the proper tax treatment of partnership items in RRF that were allocated to the same partner, FFIP, L.P.

4. Assignment to a single judge, and consolidation of the two actions, is likely to conserve judicial resources and promote an efficient determination of the actions.

**THEREFORE**, Russian Advisors respectfully requests that those two actions be consolidated and assigned to the same judge.

Respectfully submitted,

RUSSIAN RECOVERY ADVISORS, L.L.C., Tax Matters Partner for RUSSIAN RECOVERY FUND LIMITED
By its attorneys,

Stephen E. Shay
Loretta R. Richard
John H. Ray, III
Ropes & Gray LLP
One International Place
Boston, Massachusetts 02110-2624
Telephone: (617) 951-7000
Facsimile: (617) 951-7050

Dated: January 10, 2006