IN THE UNITED STATES COURT OF FEDERAL CLAIMS
(Judge Bruggink)
No. 06-31 T

---

RUSSIAN RECOVERY FUND LIMITED,
RUSSIAN RECOVERY ADVISORS, L.L.C.,

Plaintiff,

v.

THE UNITED STATES OF AMERICA,

Defendant.

---

MOTION FOR LEAVE TO FILE CORRECTED
REQUEST FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT

---

The defendant respectfully moves for leave to file the attached request for an enlargement of time of 60 days from March 11, 2006, to May 10, 2006, within which to file defendant's answer or other response to plaintiff's complaint. Plaintiff has no objection to this motion.

In support of this motion, the defendant states that defendant's response to plaintiff's complaint is due on March 11, 2006. While intending to file a request to extend the time to respond to that complaint, defendant's trial attorney inadvertently filed a notice of appearance - which had already been filed on March 8, 2006. The motion to extend the time for filing a response to plaintiff's complaint would be timely under Rule 6 of the Rules of the Court of Federal Claims if filed this date. Plaintiff's counsel does not object to the filing of the motion to extend.

WHEREFORE, the defendant prays that it be granted leave to file a corrected Request for Extension of Time to respond to plaintiffs' complaint.

Respectfully submitted,

s/ David R. House

DAVID R. HOUSE
Attorney of Record
U.S. Department of Justice - Tax Division
Court of Federal Claims Section
Post Office Box 26
Ben Franklin Station
Washington, D.C. 20044
(202) 616-3366
(202) 540-9440 (facsimile)

EILEEN J. O'CONNOR
Assistant Attorney General
DAVID GUSTAFSON
Acting Chief, Court of Federal Claims