# In the United States Court of Federal Claims

No. 06-31T
(Filed: May 17, 2006)

* * * * * * * * * * * * * * * * * * * * * * * * *
RUSSIAN RECOVERY FUND LIMITED,
RUSSIAN RECOVERY ADVISORS,
L.L.C., Tax Matters Partner,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * * *

ORDER

A telephonic status conference will be held Wednesday, May 24, 2006, at 10:00 a.m. The call will be placed from chambers and will be recorded.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge