# In the United States Court of Federal Claims

No. 06-31T
(Filed: May 26, 2006)

* * * * * * * * * * * * * * * * * * * * * * * *
RUSSIAN RECOVERY FUND LIMITED,
RUSSIAN RECOVERY ADVISORS,
L.L.C., Tax Matters Partner,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Pursuant to the telephonic status conference held May 24, 2006, the following is ORDERED:

This action is stayed pending a final decision by the Court of Appeals for the Federal Circuit in the appeal of *AD Global Fund, LLC v. United States*, 68 Fed. Cl. 663 (2005). Defendant is directed to file a status report upon the issuance of a dispositive ruling by the Court of Appeals for the Federal Circuit.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge