**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| RUSSIAN RECOVERY FUND LIMITED, RUSSIAN RECOVERY ADVISORS, L.L.C., Tax Matters Partner,<br><br>Complainant,<br><br>v.<br><br>The United States of America,<br><br>Respondent. | Case No. 06-0030-EGB |

**DECLARATION OF JAMES DIBIASE**

I, JAMES DIBIASE, declare as follows:

1. I am Chief Financial Officer and Chief Operating Officer to the Investment Manager of Russian Recovery Fund Limited ("RRF"). I also serve as Chief Financial Officer and Chief Operating Officer to the General Partner of FFIP, L.P. ("FFIP"). My responsibilities include supervision of tax matters with respect to RRF, including the filing of RRF's tax return ("2001 Tax Return") for the tax year ended December 31, 2001 (the "2001 Tax Year"). I make this declaration in support of Complainant's Motion for Summary Judgment for the 2001 Tax Year in the above-captioned action.[1] I make this declaration to the best of my knowledge and belief.

2. Russian Recovery Advisors ("Recovery Advisors") is a limited liability company formed under the laws of the State of Delaware. Recovery Advisors was designated the Tax Matters Partner ("TMP") for RRF in its 2001 Tax Return. RRF is a limited liability company

[1] This declaration is made with respect to Case Nos. 06-031-EGB and 06-036-EGB, which, pursuant to an order dated May 11, 2007, the Federal Court of Claims consolidated under Case No. 06-030-EGB.

incorporated under the laws of the Cayman Islands that has elected status as a partnership for federal income tax purposes.

3. FFIP, L.P. ("FFIP") is a limited partnership governed under the laws of the state of Delaware and was a partner in RRF during the 2001 Tax Year.

4. On September 19, 2005, the Internal Revenue Service ("IRS") issued to Recovery Advisors, as TMP for RRF, a Notice of Beginning of Administrative Proceeding for RRF for the 2001 Tax Year, and, on October 17, 2005, the IRS mailed to Recovery Advisors an FPAA proposing a reduction of "Partner FFIP, L.P. @ Risk Amount" to zero ($0). A true and complete copy of the FPAA received by RRF is attached as Exhibit 1.

5. The 2001 FPAA proposes no adjustments to income, gains, losses, deductions or credits to RRF's 2001 Tax Return; the 2001 FPAA confirms each such item and proposes adjustments of zero ($0).

6. The adjustment to "Partner FFIP, L.P. @ Risk Amount" does not relate to any item on RRF's 2001 Tax Return.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 1st day of June, 2007.

JAMES DIBIASE