IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-31 T
(Judge Eric G. Bruggink)
(Consolidated with No. 06-36 T)

RUSSIAN RECOVERY FUND LIMITED,
RUSSIAN RECOVERY ADVISORS, L.L.C.,
Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

PROPOSED FINDINGS OF UNCONTROVERTED FACT WITH RESPECT TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FOR THE 2001 TAX YEAR

Pursuant to RCFC 56(h)(2), defendant proposes that the Court find the facts set forth below (Appendix B with Exhibit 1 is attached):

1. During the 2001 tax year, FFIP, LP ("FFIP") was a partner in Russian Recovery Fund Limited ("RRF"). *See* Ex. 1, App. B at B0012-B0015.[1]

2. For the taxable period ending on December 31, 2001, RRF reported on its return of partnership income (Form 1065) FFIP's share of nonrecourse partnership liabilities as $53,968,465. *See* Ex. 1, App. B at B0012.

3. FFIP filed its partnership return for the taxable period ending on December 31,

[1] Reference here, in defendant's accompanying brief, and in defendant's response to plaintiff's proposed findings to "partner/s", "partnership," and various purported entities is not a concession that, under applicable law, a partnership of the alleged entities existed.

2001, reporting 33 total partners, at least 16 of which were individuals or corporations.

[To avoid potential disclosure issues relating to the identities of the partners, defendant is not including FFIP's 2001 partnership return as an exhibit herein. If plaintiff disputes this proposed finding, or if the Court otherwise wishes to see the return, defendant will submit the return.]

4. For all but five of its partners (4 individuals and one corporation), FFIP reported a share of nonrecourse partnership liability.

[To avoid potential disclosure issues relating to the identities of the partners, defendant is not including FFIP's 2001 partnership return as an exhibit herein. If plaintiff disputes this proposed finding, or if the Court otherwise wishes to see the return, defendant will submit the return.]

5. The IRS audited RRF's 2001 partnership return. On September 19, 2005, the IRS issued to Russian Recovery Advisors, LLC ("RRA") a "Notice of Beginning of Administrative Proceeding" for RRF for the tax year ended December 31, 2001. *See Complaint* [Doc. #1] ¶ 8.i.; *Answer* [Doc. #9] ¶ 8.i.

6. On October 17, 2005, the IRS mailed to RRA a Notice of Final Partnership Administrative Adjustment ("FPAA") for RRF for the tax year ended on December 31, 2001. *See Complaint* [Doc. #1] ¶¶ 5, 8.j. and Ex. A; *Answer* [Doc. #9] ¶¶ 5, 8.j.

7. The FPAA proposed no adjustments to the following items reported on RRF's partnership return: "guaranteed payments to partner", "other income", "other credits", and "interest expense or investment debts". *Compare* Ex. 1, App. B at B3, lines 5, 7, 13, and 14a *with* Ex. 1, Doc. #17-2 at 8-9.

8. The FPAA did propose to adjust the amount FFIP had at risk in its share of RRF's partnership liabilities, from $53,968,465 to zero. *See* Ex. 1, Doc. #17-2 at 9.

9. Incorporated as part of the FPAA's schedule of adjustments was Exhibit A, entitled "Explanation of Items." *See* Ex. 1, Doc. #17-2 at 8, 10.

10. Exhibit A of the FPAA consisted of one paragraph describing the reason for the at risk adjustment. *See* Ex. 1, Doc. #17-2 at 10.

11. In the paragraph, the IRS questioned the character of FFIP's share of partnership liabilities, determined that the liabilities were part of a partnership level risk reducing arrangement, and therefore concluded that both RRF and FFIP were protected against loss and not at risk with respect to the liabilities:

> 1. It is determined that partner FFIP, LP's share of purported non-recourse liabilities in the amount of $53,968,465 represents a short position which is part of economically offsetting spread or straddle positions. It is further determined that Russian Recovery Fund Limited and partner FFIP, LP are protected against loss with respect to such offsetting positions. Under Section 465(b)(4) a taxpayer is not considered at risk for amounts which are protected against loss. Accordingly, it is further determined that neither Russian Recovery Fund Limited nor partner FFIP, LP are at risk with respect to partner FFIP, LP's share of purported non-recourse liabilities in the amount of $53,968,465.

Ex. 1, Doc. #17-2 at 10.

12. On January 10, 2006, RRA commenced this action, claiming to be RRF's tax matters partner. *See Complaint* [Doc. #1] ¶ 2.

13. Two days later, however, on January 12, 2006, Bracebridge Capital, L.L.C. ("Bracebridge"), filed a substantially identical action in this Court, except that Bracebridge alleged that it is RRF's newly designated tax matters partner. *See Complaint* [Doc. #1] ¶ 2, Fed. Cl. No. 06-36 T.

14. Bracebridge explained that its suit was protective, in the event the Court

determines that RRA was not RRF's tax matters partner. *See Complaint* [Doc. #1] ¶ 3, Fed. Cl. No. 06-36 T.

15. Both RRA's and Bracebridge's actions are partnership level proceedings brought pursuant to § 6226, which provides a procedural vehicle to challenge the partnership item determinations of a FPAA. Pursuant to an order dated May 11, 2007, the Court consolidated these two cases under Fed. Cl. No. 06-31 T.

Respectfully submitted,

s/Robert J. Higgins
ROBERT J. HIGGINS
*Attorney of Record*
*U.S. Department of Justice*
*Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6580
(202) 514-9440 (fax)

RICHARD T. MORRISON
*Acting Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*
BART D. JEFFRESS
*Trial Attorney*

s/Steven I. Frahm
Of Counsel

July 6, 2007

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-31 T
(Judge Eric G. Bruggink)
(Consolidated with No. 06-36 T)

RUSSIAN RECOVERY FUND LIMITED,
RUSSIAN RECOVERY ADVISORS, L.L.C.,
Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

**APPENDIX B TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT FOR THE 2001 TAX YEAR**

RICHARD T. MORRISON
Acting Assistant Attorney General

DAVID GUSTAFSON
STEVEN I. FRAHM
ROBERT J. HIGGINS
BART D. JEFFRESS
Attorneys
Justice Department (Tax)
Court of Federal Claims Section
P.O. Box 26
Ben Franklin Post Office
Washington, D.C. 20044
(202) 307-6580
(202) 514-9440 (facsimile)

Page

INDEX

Declaration of Bart D. Jeffress . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 1-2

Exhibit 1: Redacted Portions of Form 1065 U.S. Return of Partnership Income for Russian Recovery Fund Limited for Tax Year 2001 . . . . . . B0001-B0015

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 06-31 T
(Judge Eric G. Bruggink)
(Consolidated with No. 06-36 T)

RUSSIAN RECOVERY FUND LIMITED,
RUSSIAN RECOVERY ADVISORS, L.L.C.,
Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

DECLARATION OF BART D. JEFFRESS

I, Bart D. Jeffress, pursuant to the provisions of 28 U.S.C. § 1746, declare as follows:

1. That I am one of the Department of Justice attorneys assigned to defend the above-captioned case;

2. That in this capacity I have in my possession certain administrative files of the Internal Revenue Service provided to defendant's attorneys by that agency that relate to the matters in suit; and

3. That the foregoing files include Form 1065 U.S. Return of Partnership Income for Russian Recovery Fund Limited for Tax Year 2001, a copy of portions of which, redacted in accord with CFC General Order 42A, is attached to this declaration as an exhibit:

Exhibit 1: Redacted Portions of Form 1065 U.S. Return of Partnership Income for Russian Recovery Fund Limited for Tax Year 2001 . . . . . . . . . . . . . . . . . . . B0001-B0015

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed in Washington, D.C., on July 6, 2007.

s/Bart D. Jeffress
BART D. JEFFRESS
*Attorney of Record*
*U.S. Department of Justice, Tax Division*
*Court of Federal Claims Section*
*Post Office Box 26*
*Ben Franklin Post Office*
*Washington, D.C. 20044*
(202) 307-6496
(202) 514-9440 (fax)

RICHARD T. MORRISON
*Acting Assistant Attorney General*
DAVID GUSTAFSON
*Chief, Court of Federal Claims Section*
STEVEN I. FRAHM
*Assistant Chief, Court of Federal Claims Section*
ROBERT J. HIGGINS
*Trial Attorney*

Form **1065**
Department of the Treasury
Internal Revenue Service

# U.S. Return of Partnership Income

For calendar year 2001, or tax year beginning _______, 2001, and ending ________.
▶ See separate instructions.

OMB No. 1545-0099
**2001**

| | | |
|---|---|---|
| A Principal business activity<br>SECURITY TRADING | Name of partnership<br>RUSSIAN RECOVERY FUND LIMITED<br>C/O FORTIS FUND SERVICES (CAYMAN) LTD. | D Employer identification number<br>98-0200985 |
| B Principal product or service<br>SECURITIES | Number, street, and room or suite no. If a P.O. box, see page 13 of the instructions.<br>GRAND PAVILLION COMMERCIAL CENTRE<br>P.O. BOX 2003 GT, GRAND CAYMAN | E Date business started<br>04/01/1999 |
| C Business code number<br>523900 | City or town, state, and ZIP code<br>CAYMAN ISLANDS, BWI | F Total assets (see page 14 of the instructions)<br>$ 180,564,707. |

G Check applicable boxes: (1) ☐ Initial return (2) ☐ Final return (3) ☐ Name change (4) ☐ Address change (5) ☐ Amended return

H Check accounting method: (1) ☐ Cash (2) ☒ Accrual (3) ☐ Other (specify) ▶

I Number of Schedules K-1. Attach one for each person who was a partner at any time during the tax year ▶ 9

**Caution:** *Include **only** trade or business income and expenses on lines 1a through 22 below. See the instructions for more information.*

**Income**

| Line | Description | | | |
|---|---|---|---|---|
| 1 a | Gross receipts or sales | 1a | | |
| b | Less returns and allowances | 1b | 1c | |
| 2 | Cost of goods sold (Schedule A, line 8) | | 2 | |
| 3 | Gross profit. Subtract line 2 from line 1c | | 3 | |
| 4 | Ordinary income (loss) from other partnerships, estates, and trusts *(attach schedule)* | | 4 | |
| 5 | Net farm profit (loss) *(attach Schedule F (Form 1040))* | | 5 | |
| 6 | Net gain (loss) from Form 4797, Part II, line 18 | | 6 | |
| 7 | Other income (loss) *(attach schedule)* | | 7 | |
| 8 | **Total income (loss).** Combine lines 3 through 7 | | 8 | |

**Deductions** (see page 14 of the instructions for limitations)

| Line | Description | | | |
|---|---|---|---|---|
| 9 | Salaries and wages (other than to partners) (less employment credits) | | 9 | |
| 10 | Guaranteed payments to partners | | 10 | |
| 11 | Repairs and maintenance | | 11 | |
| 12 | Bad debts | | 12 | |
| 13 | Rent | | 13 | |
| 14 | Taxes and licenses | | 14 | |
| 15 | Interest | | 15 | |
| 16 a | Depreciation (if required, attach Form 4562) | 16a | | |
| b | Less depreciation reported on Schedule A and elsewhere on return | 16b | 16c | |
| 17 | Depletion **(Do not deduct oil and gas depletion.)** | | 17 | |
| 18 | Retirement plans, etc. | | 18 | |
| 19 | Employee benefit programs | | 19 | |
| 20 | Other deductions *(attach schedule)* | | 20 | |
| 21 | **Total deductions.** Add the amounts shown in the far right column for lines 9 through 20 | | 21 | |
| 22 | **Ordinary income (loss)** from trade or business activities. Subtract line 21 from line 8 | | 22 | |

RECEIVED
08-16-2002
IRS PHILA, PA
321

RECEIVED
Internal Revenue Service
LMSB
DEC 27 2005
Manufacturing & Trans.

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than general partner or limited liability company member) is based on all information of which preparer has any knowledge.

▶ Signature of general partner or limited liability company member ▶ Date 9-3

May the IRS discuss this return with the preparer shown below (see instructions)? ☐ Yes ☒ No

**Paid Preparer's Use Only**

Preparer's signature ▶ | Date | Check if self-employed ▶ ☐ | Preparer's SSN or PTIN [redacted]

Firm's name (or yours if self-employed), address, and ZIP code ▶ ERNST & YOUNG, LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

EIN ▶ 34-6565596
Phone no. 212-773-3300

**For Paperwork Reduction Act Notice, see separate instructions.** Form **1065** (2001)

JSA
1P1010 4.000

EXHIBIT
1
PENGAD-Bayonne, N.J.

KF0914 1577 06/28/2002 12:32:15 V01-6.2

5

B0001

Form 1065 (2001) RUSSIAN RECOVERY FUND LIMITED 98-0200985

**Schedule A** **Cost of Goods Sold** (see page 18 of the instructions)

| | | | |
|---|---|---|---|
| 1 | Inventory at beginning of year | 1 | |
| 2 | Purchases less cost of items withdrawn for personal use | 2 | |
| 3 | Cost of labor | 3 | |
| 4 | Additional section 263A costs *(attach schedule)* | 4 | |
| 5 | Other costs *(attach schedule)* | 5 | |
| 6 | **Total.** Add lines 1 through 5 | 6 | |
| 7 | Inventory at end of year | 7 | |
| 8 | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on page 1, line 2 | 8 | |

9 a Check all methods used for valuing closing inventory:
(i) ☐ Cost as described in Regulations section 1.471-3
(ii) ☐ Lower of cost or market as described in Regulations section 1.471-4
(iii) ☐ Other (specify method used and attach explanation) ▶
b Check this box if there was a writedown of "subnormal" goods as described in Regulations section 1.471-2(c) ▶ ☐
c Check this box if the LIFO inventory method was adopted this tax year for any goods *(if checked, attach Form 970)* ▶ ☐
d Do the rules of section 263A (for property produced or acquired for resale) apply to the partnership? ☐ Yes ☐ No
e Was there any change in determining quantities, cost, or valuations between opening and closing inventory? ☐ Yes ☐ No
If "Yes," attach explanation.

**Schedule B** **Other Information**

| | | Yes | No |
|---|---|---|---|
| 1 | What type of entity is filing this return? Check the applicable box:<br>a ☐ Domestic general partnership b ☐ Domestic limited partnership<br>c ☐ Domestic limited liability company d ☐ Domestic limited liability partnership<br>e ☒ Foreign partnership f ☐ Other ▶ | | |
| 2 | Are any partners in this partnership also partnerships? | X | |
| 3 | During the partnership's tax year, did the partnership own any interest in another partnership or in any foreign entity that was disregarded as an entity separate from its owner under Regulations sections 301.7701-2 and 301.7701-3? If yes, see instructions for required attachment SEE STATEMENT 1 | X | |
| 4 | Is this partnership subject to the consolidated audit procedures of sections 6221 through 6233? If "Yes," see **Designation of Tax Matters Partner** below | X | |
| 5 | Does this partnership meet **all three** of the following requirements?<br>a The partnership's total receipts for the tax year were less than $250,000;<br>b The partnership's total assets at the end of the tax year were less than $600,000; **and**<br>c Schedules K-1 are filed with the return and furnished to the partners on or before the due date (including extensions) for the partnership return.<br>If "Yes," the partnership is not required to complete Schedules L, M-1, and M-2; Item F on page 1 of Form 1065; or Item J on Schedule K-1 | | X |
| 6 | Does this partnership have any foreign partners? If "Yes," the partnership may have to file Forms 8804, 8805 and 8813. See page 20 of the instructions | X | |
| 7 | Is this partnership a publicly traded partnership as defined in section 469(k)(2)? | | X |
| 8 | Has this partnership filed, or is it required to file, **Form 8264,** Application for Registration of a Tax Shelter? | | X |
| 9 | At any time during calendar year 2001, did the partnership have an interest in or a signature or other authority over a financial account in a foreign country (such as a bank account, securities account, or other financial account)? See page 20 of the instructions for exceptions and filing requirements for Form TD F 90-22.1. If "Yes," enter the name of the foreign country. ▶ | | X |
| 10 | During the tax year, did the partnership receive a distribution from, or was it the grantor of, or transferor to, a foreign trust? If "Yes," the partnership may have to file Form 3520. See page 20 of the instructions | | X |
| 11 | Was there a distribution of property or a transfer (e.g., by sale or death) of a partnership interest during the tax year? If "Yes," you may elect to adjust the basis of the partnership's assets under section 754 by attaching the statement described under **Elections Made By the Partnership** on page 8 of the instructions | | X |
| 12 | Enter the number of Forms 8865 attached to this return ▶ | | |

**Designation of Tax Matters Partner** (see page 20 of the instructions)

Enter below the general partner designated as the tax matters partner (TMP) for the tax year of this return:

Name of designated TMP ▶ RUSSIAN RECOVERY ADVISORS, LLC C/O BRACEBRIDGE CAPITAL LLC
Identifying number of TMP ▶ 04-3460362

Address of designated TMP ▶ ONE BOW STREET CAMBRIDGE MA 02138

Form **1065** (2001)

JSA
1P1020 2.000

KF0914 1577 06/28/2002 12:32:15 V01-6.2 6

B0002

Form 1065 (2001) RUSSIAN RECOVERY FUND LIMITED 98-0200985 Page 3

## Schedule K Partners' Shares of Income, Credits, Deductions, etc.

| Section | | (a) Distributive share items | | (b) Total amount |
|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities (page 1, line 22) | 1 | |
| | 2 | Net income (loss) from rental real estate activities *(attach Form 8825)* | 2 | |
| | 3a | Gross income from other rental activities | 3a | |
| | b | Expenses from other rental activities *(attach schedule)* | 3b | |
| | c | Net income (loss) from other rental activities. Subtract line 3b from line 3a | 3c | |
| | 4 | Portfolio income (loss): a Interest income | 4a | |
| | b | Ordinary dividends | 4b | |
| | c | Royalty income | 4c | |
| | d | Net short-term capital gain (loss) *(attach Schedule D (Form 1065))* | 4d | |
| | e | (1) Net long-term capital gain (loss) *(attach Schedule D (Form 1065))* | 4e(1) | |
| | | (2) 28% rate gain (loss) ▶ ____ (3) Qualified 5-year gain ▶ ____ | | |
| | f | Other portfolio income (loss) *(attach schedule)* | 4f | |
| | 5 | Guaranteed payments to partners | 5 | 25,918. |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) *(attach Form 4797)* | 6 | |
| | 7 | Other income (loss) *(attach schedule)* SEE STATEMENT 1 | 7 | 59,208,682. |
| Deductions | 8 | Charitable contributions *(attach schedule)* | 8 | |
| | 9 | Section 179 expense deduction *(attach Form 4562)* | 9 | |
| | 10 | Deductions related to portfolio income (itemize) | 10 | |
| | 11 | Other deductions *(attach schedule)* | 11 | |
| Credits | 12a | Low-income housing credit: | | |
| | | (1) From partnerships to which section 42(j)(5) applies | 12a(1) | |
| | | (2) Other than on line 12a(1) | 12a(2) | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities *(attach Form 3468)* | 12b | |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities | 12c | |
| | d | Credits related to other rental activities | 12d | |
| | 13 | Other credits | 13 | 3,842. |
| Investment Interest | 14a | Interest expense on investment debts | 14a | 19,911,225. |
| | b | (1) Investment income included on lines 4a, 4b, 4c, and 4f above | 14b(1) | |
| | | (2) Investment expenses included on line 10 above | 14b(2) | |
| Self-Employment | 15a | Net earnings (loss) from self-employment | 15a | |
| | b | Gross farming or fishing income | 15b | |
| | c | Gross nonfarm income | 15c | |
| Adjustments and Tax Preference Items | 16a | Depreciation adjustment on property placed in service after 1986 | 16a | |
| | b | Adjusted gain or loss | 16b | |
| | c | Depletion (other than oil and gas) | 16c | |
| | d | (1) Gross income from oil, gas, and geothermal properties | 16d(1) | |
| | | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | |
| | e | Other adjustments and tax preference items *(attach schedule)* | 16e | |
| Foreign Taxes | 17a | Name of foreign country or U.S. possession ▶ ____ | | |
| | b | Gross income from all sources | 17b | |
| | c | Gross income sourced at partner level | 17c | |
| | d | Foreign gross income sourced at partnership level: | | |
| | | (1) Passive ▶ ____ (2) Listed categories *(attach schedule)* ▶ ____ (3) General limitation ▶ | 17d(3) | |
| | e | Deductions allocated and apportioned at partner level: | | |
| | | (1) Interest expense ▶ ____ (2) Other ▶ | 17e(2) | |
| | f | Deductions allocated and apportioned at partnership level to foreign source income: | | |
| | | (1) Passive ▶ ____ (2) Listed categories *(attach schedule)* ▶ ____ (3) General limitation ▶ | 17f(3) | |
| | g | Total foreign taxes (check one): ▶ Paid ☐ Accrued ☐ | 17g | |
| | h | Reduction in taxes available for credit *(attach schedule)* | 17h | |
| Other | 18 | Section 59(e)(2) expenditures: a Type ▶ ____ b Amount ▶ | 18b | |
| | 19 | Tax-exempt interest income | 19 | |
| | 20 | Other tax-exempt income | 20 | |
| | 21 | Nondeductible expenses | 21 | |
| | 22 | Distributions of money (cash and marketable securities) | 22 | |
| | 23 | Distributions of property other than money | 23 | |
| | 24 | Other items and amounts required to be reported separately to partners *(attach schedule)* | | |

## Analysis of Net Income (Loss)

1 Net income (loss). Combine Schedule K, lines 1 through 7 in column (b). From the result, subtract the sum of Schedule K, lines 8 through 11, 14a, 17g, and 18b . . . 1 39,323,375.

| 2 Analysis by partner type: | (i) Corporate | (ii) Individual (active) | (iii) Individual (passive) | (iv) Partnership | (v) Exempt organization | (vi) Nominee/Other |
|---|---|---|---|---|---|---|
| a General partners | | | | | | 770,459. |
| b Limited partners | | 328,783. | | 37482897. | 374,041. | 367,195. |

## Schedule L Balance Sheets per Books (Not required if Question 5 on Schedule B is answered "Yes.")

| Assets | Beginning of tax year (a) | (b) | End of tax year (c) | (d) |
|---|---|---|---|---|
| 1 Cash | | | | |
| 2a Trade notes and accounts receivable | | | | |
| b Less allowance for bad debts | | | | |
| 3 Inventories | | | | |
| 4 U.S. government obligations | | | | |
| 5 Tax-exempt securities | | | | |
| 6 Other current assets *(attach schedule)* | STMT 2 | 14,263,853. | | 15,349,057. |
| 7 Mortgage and real estate loans | | | | |
| 8 Other investments *(attach schedule)* | STMT 2 | 103,576,189. | | 165,215,650. |
| 9a Buildings and other depreciable assets | | | | |
| b Less accumulated depreciation | | | | |
| 10a Depletable assets | | | | |
| b Less accumulated depletion | | | | |
| 11 Land (net of any amortization) | | | | |
| 12a Intangible assets (amortizable only) | | | | |
| b Less accumulated amortization | | | | |
| 13 Other assets *(attach schedule)* | | | | |
| 14 **Total** assets | | 117,840,042. | | 180,564,707. |
| **Liabilities and Capital** | | | | |
| 15 Accounts payable | | | | |
| 16 Mortgages, notes, bonds payable in less than 1 year | | | | |
| 17 Other current liabilities *(attach schedule)* | STMT 2 | 27,163,229. | | 28,889,279. |
| 18 All nonrecourse loans | | | | |
| 19 Mortgages, notes, bonds payable in 1 year or more | | | | |
| 20 Other liabilities *(attach schedule)* | | | | |
| 21 Partners' capital accounts | | 90,676,813. | | 151,675,428. |
| 22 **Total** liabilities and capital | | 117,840,042. | | 180,564,707. |

## Schedule M-1 Reconciliation of Income (Loss) per Books With Income (Loss) per Return (Not required if Question 5 on Schedule B is answered "Yes.")

| | | | |
|---|---|---|---|
| 1 Net income (loss) per books | 20,204,433. | 6 Income recorded on books this year not included on Schedule K, lines 1 through 7 (itemize): a Tax-exempt interest $ SEE STATEMENT 2 | -19,093,024. |
| 2 Income included on Schedule K, lines 1 through 4, 6, and 7, not recorded on books this year (itemize): | | 7 Deductions included on Schedule K, lines 1 through 11, 14a, 17g, and 18b, not charged against book income this year (itemize): a Depreciation $ | |
| 3 Guaranteed payments (other than health insurance) | 25,918. | | |
| 4 Expenses recorded on books this year not included on Schedule K, lines 1 through 11, 14a, 17g, and 18b (itemize): a Depreciation $ b Travel and entertainment $ | | 8 Add lines 6 and 7 | -19,093,024. |
| 5 Add lines 1 through 4 | 20,230,351. | 9 Income (loss) (Analysis of Net Income (Loss), line 1). Subtract line 8 from line 5 | 39,323,375. |

## Schedule M-2 Analysis of Partners' Capital Accounts (Not required if Question 5 on Schedule B is answered "Yes.")

| | | | |
|---|---|---|---|
| 1 Balance at beginning of year | 90,676,813. | 6 Distributions: a Cash | |
| 2 Capital contributed during year | 40,794,182. | b Property | |
| 3 Net income (loss) per books | 20,204,433. | 7 Other decreases (itemize): SEE STATEMENT 3 | 1,219,286. |
| 4 Other increases (itemize): SEE STATEMENT 2 | 1,219,286. | 8 Add lines 6 and 7 | 1,219,286. |
| 5 Add lines 1 through 4 | 152,894,714. | 9 Balance at end of year. Subtract line 8 from line 5 | 151,675,428. |

**SCHEDULE D (Form 1065)**

Department of the Treasury
Internal Revenue Service

# Capital Gains and Losses

▶ Attach to Form 1065.

OMB No. 1545-0099

**2001**

Name of partnership RUSSIAN RECOVERY FUND LIMITED
C/O FORTIS FUND SERVICES (CAYMAN) LTD.

Employer identification number 98-0200985

## Part I Short-Term Capital Gains and Losses - Assets Held One Year or Less

| (a) Description of property (e.g., 100 shares of "Z" Co.) | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) ((d) minus (e)) |
|---|---|---|---|---|---|
| 1 | | | | | |
| DETAILS AVAILABLE UPON REQUEST | | | | | |
| | VAR | VAR | | | 592,499. |

| | | |
|---|---|---|
| 2 Short-term capital gain from installment sales from Form 6252, line 26 or 37 | 2 | |
| 3 Short-term capital gain (loss) from like-kind exchanges from Form 8824 | 3 | |
| 4 Partnership's share of net short-term capital gain (loss), including specially allocated short-term capital gains (losses), from other partnerships, estates, and trusts | 4 | 1,874,669. |
| 5 **Net short-term capital gain or (loss).** Combine lines 1 through 4 in column (f). Enter here and on Form 1065, Schedule K, line 4d or 7 | 5 | 2,467,168. |

## Part II Long-Term Capital Gains and Losses - Assets Held More Than One Year

| (a) Description of property (e.g., 100 shares of "Z" Co.) | (b) Date acquired (month, day, year) | (c) Date sold (month, day, year) | (d) Sales price (see instructions) | (e) Cost or other basis (see instructions) | (f) Gain or (loss) ((d) minus (e)) | (g) 28% rate gain or (loss) *(see instr. below) |
|---|---|---|---|---|---|---|
| 6 | | | | | | |
| DETAILS AVAILABLE UPON REQUEST | | | | | | |
| | VAR | VAR | | | -186,430. | |

| | | | |
|---|---|---|---|
| 7 Long-term capital gain from installment sales from Form 6252, line 26 or 37 | 7 | | |
| 8 Long-term capital gain (loss) from like-kind exchanges from Form 8824 | 8 | | |
| 9 Partnership's share of net long-term capital gain (loss), including specially allocated long-term capital gains (losses), from other partnerships, estates, and trusts | 9 | 1,416,020. | |
| 10 Capital gain distributions | 10 | | |
| 11 Combine lines 6 through 10 in column (g). Enter here and on Form 1065, Schedule K, line 4e(2) or 7 | 11 | | |
| 12 **Net long-term capital gain or (loss).** Combine lines 6 through 10 in column (f). Enter here and on Form 1065, Schedule K, line 4e(1) or 7 | 12 | 1,602,450. | |

***28% rate gain or (loss)** includes **all** "collectibles gains and losses" (as defined in the instructions).

Form **6781**

Department of the Treasury
Internal Revenue Service

# Gains and Losses From Section 1256 Contracts and Straddles

▶ Attach to your tax return.

OMB No. 1545-0644

**2001**

Attachment Sequence No. 82

Name(s) shown on tax return RUSSIAN RECOVERY FUND LIMITED
C/O FORTIS FUND SERVICES (CAYMAN) LTD.

Identifying number 98-0200985

Check all applicable boxes (see instructions).
A ☐ Mixed straddle election
B ☐ Straddle-by-straddle identification election
C ☐ Mixed straddle account election
D ☐ Net section 1256 contracts loss election

## Part I Section 1256 Contracts Marked to Market

| | (a) Identification of account | (b) (Loss) | (c) Gain |
|---|---|---|---|
| 1 | SEE STATEMENT 4 | | |
| | | | |
| | | | |
| 2 | Add the amounts on line 1 in columns (b) and (c) . . . 2 | ( ) | 62,009. |
| 3 | Net gain or (loss). Combine line 2, columns (b) and (c) | 3 | 62,009. |
| 4 | Form 1099-B adjustments. See instructions and attach schedule | 4 | |
| 5 | Combine lines 3 and 4 | 5 | 62,009. |
| | **Note:** *If line 5 shows a net gain, skip line 6 and enter the gain on line 7. Partnerships and S corporations, see instructions.* | | |
| 6 | If you have a net section 1256 contracts loss and you checked box D above, enter the amount to be carried back | 6 | |
| 7 | Subtract line 6 from line 5 | 7 | |
| 8 | Short-term capital gain or (loss). Multiply line 7 by 40% (.40). Enter here and include on the appropriate line of Schedule D (see instructions) | 8 | |
| 9 | Long-term capital gain or (loss). Multiply line 7 by 60% (.60). Enter here and include on the appropriate line of Schedule D (see instructions) | 9 | |

## Part II Gains and Losses From Straddles. Attach a separate schedule listing each straddle and its components.

### Section A - Losses From Straddles

| | (a) Description of property | (b) Date entered into or acquired | (c) Date closed out or sold | (d) Gross sales price | (e) Cost or other basis plus expense of sale | (f) Loss. If column (e) is more than (d), enter difference. Otherwise, enter -0- | (g) Unrecognized gain on offsetting positions | (h) Recognized loss. If column (f) is more than (g), enter difference. Otherwise, enter -0- | *(i) 28% rate loss (see instr. below) |
|---|---|---|---|---|---|---|---|---|---|
| 10 | | | | | | | | | |
| | | | | | | | | | |

11 a Enter the short-term portion of losses from line 10, column (h), here and include on the appropriate line of Schedule D (see instructions) . . . 11a ( )

b Enter the long-term portion of losses from line 10, columns (h) and (i), here and include on the appropriate line of Schedule D (see instructions) . . . 11b ( ) ( )

### Section B - Gains From Straddles

| | (a) Description of property | (b) Date entered into or acquired | (c) Date closed out or sold | (d) Gross sales price | (e) Cost or other basis plus expense of sale | (f) Gain. If column (d) is more than (e), enter difference. Otherwise, enter -0- | *(g) 28% rate gain (see instr. below) |
|---|---|---|---|---|---|---|---|
| 12 | | | | | | | |
| | | | | | | | |

13 a Enter the short-term portion of gains from line 12, column (f), here and include on the appropriate line of Schedule D (see instructions) . . . 13a

b Enter the long-term portion of gains from line 12, columns (f) and (g), here and include on the appropriate line of Schedule D (see instructions) . . . 13b

## Part III Unrecognized Gains From Positions Held on Last Day of Tax Year. Memo Entry Only (see instructions)

| | (a) Description of property | (b) Date acquired | (c) Fair market value on last business day of tax year | (d) Cost or other basis as adjusted | (e) Unrecognized gain. If column (c) is more than (d), enter difference. Otherwise, enter -0- |
|---|---|---|---|---|---|
| 14 | | | | | |
| | | | | | |

***28% rate gain or loss** includes **all** "collectibles gains and losses" and up to 50% of the eligible gain on qualified small business stock. See Instructions for Schedule D (Form 1040).

**For Paperwork Reduction Act Notice, see page 3.**

RUSSIAN RECOVERY FUND LIMITED 98-0200985
FORM 1065 SUPPORTING SCHEDULES

## SCHEDULE B, QUESTION 3 DETAIL

FFI FUND LTD. 98-0182729

## SCHEDULE K - LINE 7 - OTHER INCOME/LOSS

| | |
|---|---|
| OTHER MISCELLANEOUS INCOME: | |
| NET ORDINARY INCOME FROM TRADE OR BUSINESS ACTIVITY BEFORE INVESTMENT INTEREST EXPENSE DEDUCTION, SEE SEPARATE FOOTNOTE FOR DETAILS (1040 FILERS MAY ENTER NET AMOUNT ON SCH E, PART II, COLUMN K) | 58,281,955. |
| TRADE OR BUSINESS CAPITAL GAINS(LOSSES): | |
| NET SHORT-TERM CAPITAL GAIN (LOSS) (1040 FILERS ENTER ON SCH D, LINE 5) | 2,467,168. |
| NET LONG-TERM CAPITAL GAIN (LOSS) (1040 FILERS ENTER ON SCH D, LINE 12) | -1,602,450. |
| NET SECTION 1256 GAIN (LOSS) (1040 FILERS ENTER ON FORM 6781, LN 1) | 62,009. |
| TOTAL OTHER INCOME/LOSS | 59,208,682. |

STATEMENT #1

RUSSIAN RECOVERY FUND LIMITED 98-0200985
FORM 1065, SUPPORTING SCHEDULES

| SCHEDULE L - LINE 6 - OTHER CURRENT ASSETS | BEGINNING | ENDING |
|---|---|---|
| DUE FROM BROKER | 12,916,521. | 14,986,445. |
| INTEREST RECEIVABLE | 1,347,332. | 362,612. |
| TOTAL OTHER CURRENT ASSETS | 14,263,853. | 15,349,057. |

| SCHEDULE L - LINE 8 - OTHER INVESTMENTS | BEGINNING | ENDING |
|---|---|---|
| FIXED INCOME SECURITIES | 61,651,401. | 36,786,384. |
| EQUITY SECURITIES | 5,382,004. | 7,161,188. |
| INVESTMENT IN FFI FUND LTD. | 36,542,784. | 121,268,078. |
| TOTAL OTHER INVESTMENTS | 103,576,189. | 165,215,650. |

| SCHEDULE L - LINE 17 - OTHER CURRENT LIABILITIES | BEGINNING | ENDING |
|---|---|---|
| ACCRUED EXPENSES | 120,516. | 38,487. |
| SECURITIES SOLD, BUT NOT YET PURCHASED, AT MARKET VALUE: | | |
| FIXED INCOME SECURITIES | 27,042,713. | 28,850,792. |
| TOTAL OTHER CURRENT LIABILITIES | 27,163,229. | 28,889,279. |

| SCHEDULE M-1 - LINE 6 - INCOME RECORDED ON BOOKS NOT INCLUDED ON SCHEDULE K | |
|---|---|
| UNREALIZED GAIN(LOSS) | -19,096,866. |
| U.S. WITHHOLDING TAX | 3,842. |
| TOTAL INCOME RECORDED ON BOOKS BUT NOT INCLUDED ON SCHEDULE K | -19,093,024. |

| SCHEDULE M-2 - LINE 4 - OTHER INCREASES | |
|---|---|
| TRANSFER/ASSIGNMENT OF PARTNERSHIP INTEREST | 1,219,286. |
| TOTAL OTHER INCREASES | 1,219,286. |

STATEMENT #2

RUSSIAN RECOVERY FUND LIMITED 98-0200985
FORM 1065, SCHEDULE M-2, SUPPORTING SCHEDULES

SCHEDULE M-2 - LINE 7 - OTHER DECREASES

| | |
|---|---|
| TRANSFER/ASSIGNMENT OF PARTNERSHIP INTEREST | 1,219,286. |
| TOTAL OTHER DECREASES | 1,219,286. |

STATEMENT #3

RUSSIAN RECOVERY FUND LIMITED 98-0200985
FORM 6781 SUPPORTING SCHEDULES

PART I - SECTION 1256 CONTRACTS MARKED TO MARKET

| IDENTIFICATION OF ACCOUNT | LOSS | GAIN |
| --- | --- | --- |
| DETAILS AVAILABLE UPON REQUEST | | 62,009. |
| TOTAL SECTION 1256 CONTRACTS MARKED TO MARKET | | 62,009. |

STATEMENT #4

RUSSIAN RECOVERY FUND LIMITED 98-0200985
FORM 1065 FOOTNOTES

DETAIL OF NET ORDINARY INCOME (LOSS) FROM TRADE OR BUSINESS ACTIVITY BEFORE INVESTMENT INTEREST EXPENSE DEDUCTION, INCLUDED ON SCH. K-1, LINE 7:

| | |
|---|---|
| U.S. GOVERNMENTAL INTEREST INCOME | 8,035,867. |
| INTEREST INCOME | 25,109,243. |
| DIVIDEND INCOME | 263,411. |
| IRC SEC. 988 INCOME (LOSS) (FOREIGN CURRENCIES) | 25,985,271. |
| TRADE OR BUSINESS INTEREST EXPENSE | -606,391. |
| OTHER TRADE OR BUSINESS EXPENSES | -217,080. |
| OTHER ORDINARY INCOME (LOSS) | -288,366. |
| TOTAL AMOUNT OF ORDINARY GAIN/(LOSS) | 58,281,955. |

STATEMENT #5

**SCHEDULE K-1 (Form 1065)**
Department of the Treasury
Internal Revenue Service

# Partner's Share of Income, Credits, Deductions, etc.

▶ See separate instructions.

For calendar year 2001 or tax year beginning , 2001, and ending , 20

OMB No. 1545-0099

**2001**

**Partner's identifying number ▶** 04-3222915

**Partnership's identifying number ▶** 98-0200985

Partner's name, address, and ZIP code PARTNER # 8
FFIP, LP
C/O BRACEBRIDGE CAPITAL, LLC
ONE BOW STREET
CAMBRIDGE, MA 02138

Partnership's name, address, and ZIP code
RUSSIAN RECOVERY FUND LIMITED
C/O FORTIS FUND SERVICES (CAYMAN) LTD.
GRAND PAVILLION COMMERCIAL CENTRE
P.O. BOX 2003 GT
GRAND CAYMAN, CAYMAN ISLANDS, BWI

**A** This partner is a ☐ general partner ☒ limited partner ☐ limited liability company member
**B** What type of entity is this partner? ▶ PARTNERSHIP
**C** Is this partner a ☒ domestic or a ☐ foreign partner?

**D** Enter partner's percentage of:

| | (i) Before change or termination | (ii) End of year |
|---|---|---|
| Profit sharing | VARIOUS % | VARIOUS % |
| Loss sharing | VARIOUS % | VARIOUS % |
| Ownership of capital | VARIOUS % | 9.3289 % |

**E** IRS Center where partnership filed return: PHILADELPHIA, PA

**F** Partner's share of liabilities (see instructions):
Nonrecourse . . . $ 53,968,465
Qualified nonrecourse financing . $
Other . . . $

**G** Tax shelter registration number . ▶

**H** Check here if this partnership is a publicly traded partnership as defined in section 469(k)(2) . . . ☐

**I** Check applicable boxes: (1) ☐ Final K-1 (2) ☐ Amended K-1

**J Analysis of partner's capital account:**

| (a) Capital account at beginning of year | (b) Capital contributed during year | (c) Partner's share of lines 3, 4, and 7, Form 1065, Schedule M-2 | (d) Withdrawals and distributions | (e) Capital account at end of year (combine columns (a) through (d)) |
|---|---|---|---|---|
| 7,775,872 | 4,638,667 | 1,735,124 | ( ) | 14,149,663 |

| | | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|---|
| Income (Loss) | 1 | Ordinary income (loss) from trade or business activities . . . | 1 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 2 | Net income (loss) from rental real estate activities . . . . | 2 | | |
| | 3 | Net income (loss) from other rental activities . . . . . . | 3 | | |
| | 4 | Portfolio income (loss): | | | |
| | a | Interest . . . | 4a | | Sch. B, Part I, line 1 |
| | b | Ordinary dividends . . . | 4b | | Sch. B, Part II, line 5 |
| | c | Royalties . . . | 4c | | Sch. E, Part I, line 4 |
| | d | Net short-term capital gain (loss) . . . | 4d | | Sch. D, line 5, col. (f) |
| | e | (1) Net long-term capital gain (loss). . . | 4e(1) | | Sch. D, line 12, col. (f) |
| | | (2) 28% rate gain (loss) . . . | 4e(2) | | Sch. D, line 12, col. (g) |
| | | (3) Qualified 5-year gain . . . | 4e(3) | | Line 4 of worksheet for Sch. D, line 29 |
| | f | Other portfolio income (loss) *(attach schedule)* . . . | 4f | | Enter on applicable line of your return. |
| | 5 | Guaranteed payments to partner . . . | 5 | | See page 6 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 6 | Net section 1231 gain (loss) (other than due to casualty or theft) | 6 | | |
| | 7 | Other income (loss) *(attach schedule)* . . . SEE STMT. | 7 | 5,666,934 | Enter on applicable line of your return. |
| Deductions | 8 | Charitable contributions (see instructions) *(attach schedule)* . . | 8 | | Sch. A, line 15 or 16 |
| | 9 | Section 179 expense deduction . . . | 9 | | See pages 7 and 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 10 | Deductions related to portfolio income *(attach schedule)* . . . | 10 | | |
| | 11 | Other deductions *(attach schedule)*. . . | 11 | | |
| Credits | 12a | Low-income housing credit: | | | |
| | | (1) From section 42(j)(5) partnerships . . . | 12a(1) | | Form 8586, line 5 |
| | | (2) Other than on line 12a(1) . . . | 12a(2) | | |
| | b | Qualified rehabilitation expenditures related to rental real estate activities . . . | 12b | | See page 8 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c | Credits (other than credits shown on lines 12a and 12b) related to rental real estate activities. . . | 12c | | |
| | d | Credits related to other rental activities . . . | 12d | | |
| | 13 | Other credits . . . | 13 | 332 | |

For Paperwork Reduction Act Notice, see Instructions for Form 1065. Cat. No. 11394R **Schedule K-1 (Form 1065) 2001**

| | (a) Distributive share item | | (b) Amount | (c) 1040 filers enter the amount in column (b) on: |
|---|---|---|---|---|
| Investment Interest | 14a Interest expense on investment debts | 14a | 1,772,605 | Form 4952, line 1 |
| | b (1) Investment income included on lines 4a, 4b, 4c, and 4f | 14b(1) | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | (2) Investment expenses included on line 10 | 14b(2) | | |
| Self-employment | 15a Net earnings (loss) from self-employment | 15a | | Sch. SE, Section A or B |
| | b Gross farming or fishing income | 15b | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | c Gross nonfarm income | 15c | | |
| Adjustments and Tax Preference Items | 16a Depreciation adjustment on property placed in service after 1986 | 16a | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065) and Instructions for Form 6251. |
| | b Adjusted gain or loss | 16b | | |
| | c Depletion (other than oil and gas) | 16c | | |
| | d (1) Gross income from oil, gas, and geothermal properties | 16d(1) | | |
| | (2) Deductions allocable to oil, gas, and geothermal properties | 16d(2) | | |
| | e Other adjustments and tax preference items *(attach schedule)* | 16e | | |
| Foreign Taxes | 17a Name of foreign country or U.S. possession ▶ | | | Form 1116, Part I |
| | b Gross income from all sources | 17b | | |
| | c Gross income sourced at partner level | 17c | | |
| | d Foreign gross income sourced at partnership level: | | | |
| | (1) Passive | 17d(1) | | |
| | (2) Listed categories *(attach schedule)* | 17d(2) | | |
| | (3) General limitation | 17d(3) | | |
| | e Deductions allocated and apportioned at partner level: | | | |
| | (1) Interest expense | 17e(1) | | |
| | (2) Other | 17e(2) | | |
| | f Deductions allocated and apportioned at partnership level to foreign source income: | | | |
| | (1) Passive | 17f(1) | | |
| | (2) Listed categories *(attach schedule)* | 17f(2) | | |
| | (3) General limitation | 17f(3) | | |
| | g Total foreign taxes (check one): ▶ ☐ Paid ☐ Accrued | 17g | | Form 1116, Part II |
| | h Reduction in taxes available for credit *(attach schedule)* | 17h | | Form 1116, line 12 |
| Other | 18 Section 59(e)(2) expenditures: a Type ▶ | | | See page 9 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | b Amount | 18b | | |
| | 19 Tax-exempt interest income | 19 | | Form 1040, line 8b |
| | 20 Other tax-exempt income | 20 | | See pages 9 and 10 of Partner's Instructions for Schedule K-1 (Form 1065). |
| | 21 Nondeductible expenses | 21 | | |
| | 22 Distributions of money (cash and marketable securities) | 22 | | |
| | 23 Distributions of property other than money | 23 | | |
| | 24 Recapture of low-income housing credit: | | | |
| | a From section 42(j)(5) partnerships | 24a | | Form 8611, line 8 |
| | b Other than on line 24a | 24b | | |

**Supplemental Information**

25 Supplemental information required to be reported separately to each partner *(attach additional schedules if more space is needed)*:

SEE PARTNER FOOTNOTES



RUSSIAN RECOVERY FUND LIMITED 98-0200985 2

B0013

RUSSIAN RECOVERY FUND LIMITED 98-0200985
SCHEDULE K-1 SUPPORTING SCHEDULES PARTNER # 8 FFIP, LP

**ITEM J, COLUMN (C) - RECONCILIATION OF INCOME**

| | |
|---|---|
| INCOME (LOSS) FROM SCH. K-1, LINES 1 - 7 | 5,666,934 |
| LESS: DEDUCTIONS FROM SCH. K-1, LINE 8 - 11, 14A, 17G & 18B | 1,772,605 |
| | -------------------- |
| TOTAL INCOME PER SCHEDULE K-1 | 3,894,329 |
| UNREALIZED GAIN/(LOSS) | (2,159,537) |
| US WITHHOLDING TAXES | 332 |
| | -------------------- |
| TOTAL INCOME PER ITEM J, COLUMN (C) | 1,735,124 |
| | ============ |

**LINE 7 - OTHER INCOME (LOSS)**

| | |
|---|---|
| OTHER INCOME INCLUDED IN ITEM J, COLUMN (C): | |
| NET ORDINARY INCOME FROM TRADE OR BUSINESS ACTIVITY BEFORE INVESTMENT INTEREST EXPENSE DEDUCTION SEE SEPARATE FOOTNOTE BELOW FOR DETAILS (1040 FILERS ENTER ON SCH. E, PART II, GAIN COL. K, (LOSS) COL .I) | 5,569,536 |
| TRADE OR BUSINESS CAPITAL GAINS (LOSSES): | |
| NET SHORT-TERM CAPITAL GAIN (LOSS) (1040 FILERS ENTER ON SCH. D, LINE 5) | 259,297 |
| NET LONG-TERM CAPITAL GAIN (LOSS) (1040 FILERS ENTER ON SCH. D, LINE 12) | (168,416) |
| NET SECTION 1256 GAIN (LOSS) FROM TRADING ACTIVITIES (1040 FILERS ENTER ON FORM 6781, LINE 1) | 6,517 |
| | -------------------- |
| TOTAL OTHER INCOME (LOSS) | 5,666,934 |
| | ============ |

| | |
|---|---|
| DETAIL OF NET ORDINARY INCOME (LOSS) FROM TRADE OR BUSINESS ACTIVITY BEFORE INVESTMENT INTEREST EXPENSE DEDUCTION, INCLUDED ON SCH. K-1, LINE 7: | |
| U.S. GOVERNMENTAL INTEREST INCOME | 694,253 |
| INTEREST INCOME | 2,169,295 |
| DIVIDEND INCOME | 22,757 |
| IRC SEC. 988 INCOME (LOSS) (FOREIGN CURRENCIES) | 2,731,032 |
| OTHER TRADE OR BUSINESS EXPENSES | (16,515) |
| OTHER ORDINARY INCOME/(LOSS) | (31,286) |
| | -------------------- |
| TOTAL ORDINARY INCOME (LOSS) | 5,569,536 |
| | ============ |

## PARTNER FOOTNOTES

PLEASE NOTE THAT NONE OF THE DISTRIBUTIVE SHARE ITEMS REPORTED ON SCHEDULE K-1 ARE CONSIDERED AS DERIVED FROM A PASSIVE ACTIVITY UNDER TREASURY REGULATION SECTION 1.469-1T(E)(6).

THE K-1 HAS BEEN PREPARED ON THE BASIS OF A PARTNER WHO DOES NOT MATERIALLY PARTICIPATE IN THE OPERATIONS OF THE PARTNERSHIP. THEREFORE, INTEREST EXPENSE HAS BEEN INCLUDED ON LINE 14A AS INVESTMENT INTEREST EXPENSE AND IS NOT INCLUDED ON LINE 7. 1040 FILERS SHOULD ENTER THIS AMOUNT ON FORM 4952. ANY DEDUCTIBLE INTEREST EXPENSE SHOULD THEN BE ENTERED ON SCHEDULE E, PART II, COLUMN (I).

INVESTMENT INCOME/EXPENSE ITEMS ON LINE 7 HAVE NOT BEEN INCLUDED ON LINES 14B(1) AND 14B(2). THESE AMOUNTS SHOULD BE CONSIDERED WHEN PREPARING FORM 4952. PLEASE CONSULT YOUR TAX ADVISOR.

PLEASE NOTE THAT THE FOLLOWING AMOUNT INCLUDED ON YOUR SCHEDULE K-1 LINE 14A, REPRESENTS INTEREST EXPENSE WHICH IS DIRECTLY ATTRIBUTABLE TO U.S. GOVERNMENTAL OBLIGATIONS: 350,390

THE AMOUNT REPORTED ON LINE 13 REPRESENTS U.S. TAX WITHHELD AT SOURCE.