# In the United States Court of Federal Claims

No. 06-31T
(Filed: September 6, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
RUSSIAN RECOVERY FUND LIMITED,
RUSSIAN RECOVERY ADVISORS,
L.L.C., Tax Matters Partner,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

Oral argument regarding plaintiff's motion for summary judgment shall be heard on Tuesday, October 2, 2007, at 10:00 a.m. eastern in the National Courts Building. It is so ORDERED.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge