# In the United States Court of Federal Claims

No. 06-31T
(Filed: October 12, 2007)

* * * * * * * * * * * * * * * * * * * * * * * *
RUSSIAN RECOVERY FUND LIMITED,
RUSSIAN RECOVERY ADVISORS,
L.L.C., Tax Matters Partner,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

ORDER

On October 2, 2007 the court heard oral argument on plaintiff's motion for summary judgment. The court requests further briefing on the following issue: What are the consequences of deeming to be a nonpartnership item the adjustment on lines E(1)-(3) and the accompanying explanation of this adjustment as to partner FFIP in Russian Recovery Fund Limited's Notice of Final Partnership Administrative Adjustment ("FPAA") for tax year 2001? I.e., if this item is a nonpartnership item, is invalidating the FPAA the appropriate remedy or are other remedies available? The parties shall simultaneously file briefs on this issue, limited to seven pages, by October 29, 2007.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge