# In the United States Court of Federal Claims

No. 06-31T
(Filed: April 18, 2008)

* * * * * * * * * * * * * * * * * * * * * * * *
RUSSIAN RECOVERY FUND LIMITED,
RUSSIAN RECOVERY ADVISORS,
L.L.C., Tax Matters Partner,

*Plaintiffs*,

v.

THE UNITED STATES,

*Defendant*.
* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

With respect to plaintiff's motion for summary judgment, the court would like the parties to provide further briefing on what the appropriate remedy would be if plaintiff's motion is granted. Assume that the substantive determination has the effect of reversing the adjustment on the FPAA as to FFIP, L.P.'s amount at-risk. The parties are invited to draft appropriate remedial language to use in the final judgment, accompanied by an explanation as to why the court should or should not order the return of the deposit made pursuant to 26 U.S.C. § 6226(e)(1), and if it does so, whether interest is due on the deposit. The parties shall file supplemental briefs, limited to seven pages, on or before Friday, May 2, 2008.

s/ Eric G. Bruggink
ERIC G. BRUGGINK
Judge