# In the United States Court of Federal Claims

**Nos. 06-31 T and 06-36 T (consolidated)**

**RUSSIAN RECOVERY FUND LIMITED,**
**RUSSIAN RECOVERY ADVISORS,**
**L.L.C., Tax Matters Partner**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the court's Opinion, filed May 19, 2008, granting plaintiff's motion for summary judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the United States is to reverse the purported adjustment set forth in the 2001 FPAA in the amount of $53,968,465.00 and direct the agency to return the deposit of $750,000.00 plus any interest due to Bracebridge, L.L.C. under 26 C.F.R. § 301.6226(e)-1(b) (2007).

John S. Buckley
Acting Clerk of Court

May 20, 2008 By: s/ Debra L. Samler

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $455.00.