IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
JUL 15 2008
U.S. COURT OF
FEDERAL CLAIMS

No. 06-31 T
(Judge Eric G. Bruggink)
(Consolidated with No. 06-36 T)

RUSSIAN RECOVERY FUND LIMITED, RUSSIAN RECOVERY ADVISORS, L.L.C., Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

---

NOTICE OF APPEAL

---

The defendant, the United States, gives notice that it appeals the judgment entered in this case to the United States Court of Appeals for the Federal Circuit.

Respectfully submitted,

ROBERT J. HIGGINS
Justice Department (Tax)
P. O. Box 26; Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6580
FAX: (202) 514-9440

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section
STEVEN I. FRAHM
Assistant Chief, Court of Federal Claims Section
BART D. JEFFRESS
Trial Attorney

Of counsel

July 15, 2008