# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

FILED
SEP 3 2008
U.S. COURT OF FEDERAL CLAIMS

2008-5095

RUSSIAN RECOVERY FUND LIMITED,
RUSSIAN RECOVERY ADVISORS, L.L.C.,
and BRACEBRIDGE CAPITAL, L.L.C., Tax Matters Partners,

Plaintiffs-Appellees,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims in 06-CV-31 and 06-CV-36, Senior Judge Eric G. Bruggink.

## ORDER

NOTE: This order is nonprecedential.

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

## ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R. App. P. 42 (b).

FOR THE COURT,

Jan Horbaly
Clerk

09/03/08

cc: Clerk's Office, CFC
Francesca U. Tamami
Loretta R. Richard

FILED
U.S. COURT OF APPEALS FOR THE FEDERAL CIRCUIT
SEP 0 3 2008
JAN HORBALY
CLERK

**ISSUED AS A MANDATE:** 09/03/08

RUSSIAN RECOVERY FUND V US, 2008-5095
CFC - 06-CV-31; 06-CV-36

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE.
UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
By: Date: 9/3/08